AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Steele, John E. | District Court, Middle Florida | 05/15/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Active | ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

U.S. Courthouse
2110 First Street, Ste 6-109
Fort Myers, FL 33901

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, John E. | 05/15/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Jan-May | Teaching, Ave Maria Law School | $3,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Self-Employed, real estate/consultant |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Florida Bar | May 8-12, 2012 | Gainesville, Florida | Trial Practice Faculty | Room, meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, John E. | 05/15/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wachovia | (Second Home/rental property) Home Equity Line of Credit | M |
| 2. | GMAC | Mortgage on Investment Property #2 (Sandy), October, 2006 | M |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, John E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Second Home, Blowing Rock, N.C. May, 1988 $110,000 | D | Rent | M | R | | | | | |
| 2. Bank of America Accounts | A | Interest | J | T | | | | | |
| 3. Jax Fed Cr Un Acct | A | Interest | J | T | | | | | |
| 4. Abbott Labs common | A | Dividend | J | T | | | | | |
| 5. Disney common | A | Dividend | J | T | | | | | |
| 6. Merck common | A | Dividend | J | T | | | | | |
| 7. Public Storage common | A | Dividend | K | T | | | | | |
| 8. Home Depot common IRA | B | Dividend | L | T | Sold (part) | 02/07/12 | J | A | |
| 9. Thermo Fisher common IRA | A | Dividend | J | T | Sold (part) | 12/12/12 | J | D | |
| 10. Tyson Class A common IRA | A | Dividend | J | T | Sold (part) | 01/20/12 | J | A | |
| 11. Fidelity IRA #1 cash reserves | A | Interest | J | T | | 01/09/12 | J | A | |
| 12. Gabelli Eq Tr IRA | A | Dividend | J | T | | | | | |
| 13. Franklin Templeton Mutual Series Shares Class Z IRA | A | Dividend | K | T | | | | | |
| 14. Fidelity Spartan Money Mkt IRA | A | Interest | K | T | | | | | |
| 15. Fidelity cash reserves IRA #2 | A | Interest | K | T | Sold (part) | 05/15/12 | J | A | |
| 16. INVESCO Corp Bond Fund, IRA | A | Dividend | J | T | | | | | |
| 17. RBC Enterprise mutual fund | A | Dividend | | | Sold | 04/23/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Brokerage, cash acct | A | Interest | J | T | | | | | |
| 19. Columbia Tax-Exempt Fund Z | A | Dividend | J | T | Redeemed (part) | 11/13/12 | J | A | |
| 20. T. Rowe Price Equity Income mutual | A | Dividend | K | T | | | | | |
| 21. Parnassus Fund (PARNX) | A | Dividend | J | T | Sold (part) | 10/05/12 | J | B | |
| 22. Fidelity Diver Internat IRA | A | Dividend | K | T | Sold (part) | 05/15/12 | J | D | |
| 23. Fidelity Short Term Bond IRA | A | Dividend | J | T | Sold (part) | 05/08/12 | J | B | |
| 24. McDonalds common | A | Dividend | J | T | | | | | |
| 25. Lot, Blowing Rock, N.C., 1993, $15,000 | | None | J | R | | | | | |
| 26. Century Telephone common | A | Dividend | J | T | | | | | |
| 27. Quantum Corp DDS IRA common | | None | J | T | | | | | |
| 28. Wachovia accounts | A | Interest | J | T | | | | | |
| 29. NVR common IRA | | None | J | T | | | | | |
| 30. Bed, Bath & Beyond common IRA | A | Dividend | J | T | | | | | |
| 31. North Fort Myers,Flinvest. Prop#2(Sandy), 12/7/05, $256,000, | D | Rent | N | R | | | | | |
| 32. Fidelity Sep - IRA cash reserves | A | Interest | J | T | | | | | |
| 33. Synovus Common | A | Dividend | J | T | | | | | |
| 34. VALIC IRA | A | Dividend | L | T | Redeemed (part) | 03/31/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, John E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Bank of Am CD IRA | D | Interest | N | T | | | | | |
| 36. Baptist Health System pension | D | Interest | L | T | | | | | |
| 37. Zagg, Inc. Common IRA | | None | J | T | Buy | 06/14/12 | J | | |
| 38. Amazon Common IRA | | None | J | T | | | | | |
| 39. Caribou Coffee Common IRA | | None | J | T | | | | | |
| 40. Corning Common IRA | A | Dividend | J | T | Buy | 05/14/12 | J | | |
| 41. Gabelli Utility Trust IRA (x) | A | Dividend | J | T | Buy | 02/24/12 | J | | |
| 42. DDI Corp Common IRA (x) | | None | | | Sold | 06/04/12 | J | A | |
| 43. Thompson Bond Fund IRA (x) | A | Dividend | J | T | Buy | 05/09/12 | J | | |
| 44. Fidelity New Markets Income IRA (x) | A | Dividend | J | T | Buy | 05/07/12 | J | | |
| 45. Fidelity High Income IRA (x) | A | Dividend | J | T | Buy | 07/31/12 | J | | |
| 46. Fidelity GNMA Fund IRA (x) | A | Dividend | J | T | Buy | 07/27/12 | J | | |
| 47. Safra National Bank, NY CD IRA (x) | A | Dividend | J | T | Buy | 07/27/12 | J | | |
| 48. CROCS Common IRA (x) | | None | J | T | Buy | 04/26/12 | J | | |
| 49. IEC Electronics Corporation Common IRA (x) | | None | J | T | Buy | 07/30/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 8: Sold partial on additional dates (02/17/12; 04/20/12) (Section D.Value Code 2: J; Gain Code 1:C)

Line11: Transaction on 01/09/12 rollover in. Also redeemed partial on 01/13/12 and 11/08/12 (Section D.Value Code 2:J; Gain Code 1:A)

Line 15: Also transfer in on 05/18/12 (D.Value Code 2:K)

Line 16: Corrected to reflect name change

Line 17: Sold all

Line 19: Also buy every month (monthly) (D.Value Code 2: J)

Line 20: Section C. Value Code adjusted to K

Line 29: Corrected name

Line 30: Corrected name

Line 34: Redeemed partial on additional dates (06/30/12; 09/30/12; 12/31/12)(same value code)

Line 35: Corrected name and Type changed to Interest

Line 36: Monthly draw

Line 37: Corrected name

Line 38: Corrected name

Line 39: Corrected name

Line 40: Corrected name

Line 41: Buy on additional dates (03/22/12; 03/29/12; 04/27/12; 12/24/12) (same value code)

Line 42: Omitted from 2012 (for 2011 year) Report; bought 04/25/11, value under $1,000

Line 43: Buy on additional date (08/03/12)(same value code)

Line 46: Buy on additional date (08/03/12)(same value code)

Line 49: Buy on additional date (08/13/12)(same value code)

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, John E. | 05/15/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John E. Steele**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544